CP:BSK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

JORGE CARRASCO MONTILLA,

    Defendant.

- - - - - - - - - - - - - - - - -X

DISMISSAL ORDER

07 CR 300 (SLT)

EASTERN DISTRICT OF NEW YORK, SS:

    Upon the application of Assistant United States Attorney Bonnie S. Klapper, it is hereby ORDERED that the Notice of Intent to Proceed under Rule 7(b) of the Federal Rules of Criminal Procedure is hereby DISMISSED.

Date: July 2, 2007
      Brooklyn, New York


    /signed/
_____
THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK